```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Steven Sammet,

      Plaintiff,

    v.                        Case No. 2:12-cv-884

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

      Defendant.

<u>ORDER</u>

    This matter is before the court for consideration of the August 15, 2013, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b).  The magistrate judge recommended that the decision of the Commissioner be affirmed.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to <u>de</u> <u>novo</u> review by the District Judge and waiver of the right to appeal the judgment of the District Court."  Doc. 18, p. 22.  The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

    The court has reviewed the report and recommendation of the magistrate judge.  Noting that no objections have been filed and that the time for filing such objections has expired, the court adopts the report and recommendation of the magistrate judge (Doc. 18).  Accordingly, the court affirms the decision of the Commissioner of Social Security denying plaintiff's applications

for social security disability and supplemental security income benefits.  The clerk is directed to enter judgment in favor of the Commissioner of Social Security.

Date: September 26, 2013         s/James L. Graham
                                 James L. Graham
                                 United States District Judge